IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

        Plaintiff,              No. CIV S-04-0388 LKK GGH P

    vs.

TOM L. CAREY, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se. The second amended complaint states a cognizable claim for relief against defendant Johns pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Associate Warden Johns.

        2. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the second amended complaint filed September 2, 2004.

        3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

1

1          b. One completed summons;

2          c. One completed USM-285 form for each defendant listed in number 3

3  above; and

4          d. Two copies of the endorsed second amended complaint filed September

5  2, 2004.

6      4. Plaintiff need not attempt service on defendants and need not request waiver of

7  service. Upon receipt of the above-described documents, the court will direct the United States

8  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

9  without payment of costs.

10 DATED: 4/26/05

11

12                                     /s/ Gregory G. Hollows

13                                     GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

14 ggh:kj
wats388.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,　　　　　　　　　　No. CIV S-04-0388 LKK GGH P

    vs.

TOM L. CAREY,　　　　　　　　　　　　NOTICE OF SUBMISSION

    Defendants.　　　　　　　　　　　OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the _____
                          Complaint/Amended Complaint

DATED:

                                    _____
                                    Plaintiff