IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

      Plaintiff,                      No. CIV S-04-0388 LKK GGH P

   vs.

TOM L. CAREY, et al.,

      Defendants.         ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        On February 16, 2006, plaintiff filed a notice of objection to defendants' notice of deposition. Plaintiff requests that his deposition, noticed for February 21, 2006, be cancelled. Plaintiff alleges that he is unable to sit for long periods of time due to an injury to his lower

1

1  spine.

2        On February 21, 2006, defendants filed a response to plaintiff's February 16,
3  2006, objection.  Defendants state that they have postponed plaintiff's deposition until March 13,
4  2006, in order to work out a reasonable accommodation to plaintiff's medical concerns.  After
5  reviewing defendants' papers, the court finds that there is no need to cancel plaintiff's deposition.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1.  Plaintiff's February 16, 2006 motion for the appointment of counsel is denied;
8        2.  Plaintiff's request to cancel his deposition contained in his February 16, 2006,
9  pleading is denied.

10 DATED:  3/1/06

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
wats0388.31