IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

        Plaintiff,                    No. CIV S-04-0388 LKK GGH P

   vs.

TOM L. CAREY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2006, plaintiff filed a motion requesting that the court order defendants to file a copy of his deposition transcript. Plaintiff contends that Fed. R. Civ. P. 30(f) requires that the deposition transcript be promptly filed with the court.

        Fed. R. Civ. P. 30(f) provides that the officer must,

> securely seal the deposition in an envelope or package indorsed with the title of the action and marked "Deposition of [here insert name of witness"] and must promptly send it to the attorney who arranged for the transcript or recording, who must store it under conditions that will protect against loss, destruction, tampering, or deterioration.

        Fed. R. Civ. P. 30(f) does not require defense counsel to file the deposition transcript with the court shortly after it is prepared by the officer.

/////

1

1    On April 14, 2006, plaintiff also filed a motion to suppress his deposition
2 transcript. Plaintiff states that defendants should not be allowed to use the deposition transcript
3 because he did not sign it. Fed. R. Civ. P. 30(d)(4) provide that if requested by the deponent
4 before completion of the deposition, the deponent shall have 30 days after being notified by the
5 officer that the transcript is available in which to review the transcript. Plaintiff does not allege
6 that he has been notified that the transcript is available. Accordingly, the motion to suppress the
7 transcript on this ground is without merit.
8    Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to suppress his
9 deposition and to compel defendants to file the deposition transcript filed April 14, 2006, are
10 denied.
11 DATED: 5/9/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
wat388.dep