IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

     Plaintiff,                     No. CIV S-04-0388 LKK GGH P

  vs.

TOM L. CAREY, et al.,

     Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2006, defendants filed a motion to compel. Plaintiff has not opposed this motion.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall show cause why defendants' May 5, 2006, motion to compel should not be granted.

DATED: 7/3/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
wat388.osc

1