IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

       Plaintiff,                    No. CIV S-04-0388 LKK GGH P

    vs.

TOM L. CAREY, et al.,

       Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file and serve a response to the defendants' motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's July 11, 2006 affidavit/declaration for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file and serve a response to the defendants' motion for summary judgment.

DATED:  7/24/06

                       /s/ Gregory G. Hollows
_____
                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

GGH:bb
wats0388.36