IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NYLES LAWAYNE WATSON,** | 2:04-cv-0388 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO VACATE SCHEDULING ORDER** |
| v. | |
| **TOM L. CAREY, et al,** | |
| Defendants. | |

Plaintiff was a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made January 20, 2006, Plaintiff's pretrial statement is due October 6, 2006, Defendants' pretrial statement is due October 20, 2006, Pretrial Conference is set for October 27, 2006, and trial is set for January 30, 2007. Since Defendants' motion for summary judgment is pending, the above dates are vacated. Upon resolution of Defendants' motion, an amended scheduling order will be issued.

Dated: 7/28/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wat388.vac

1