1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NYLES LAWAYNE WATSON,

11              Plaintiff,              No. CIV S-04-0388 LKK GGH P

12        vs.

13   TOM L. CAREY, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On May 5, 2006, defendants filed a motion to compel.  Plaintiff did not file an

18   opposition.  Accordingly, on July 3, 2006, the court ordered plaintiff to show cause for his failure

19   to oppose the motion.  Plaintiff did not respond to the July 3, 2006, order.

20              Accordingly, IT IS HEREBY ORDERED that:

21              1.  Defendants' May 5, 2006, motion to compel is granted;

22   /////

23   /////

24   /////

25   /////

26   /////

1

1          2.  Within twenty days of the date of this order, plaintiff shall serve defendants'

2  counsel with responses to interrogatories and requests for production of documents originally

3  served on plaintiff on or around February 15, 2006.

4  DATED: 8/24/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:kj
wat388.com