IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

      Plaintiff,                    No. CIV S-04-0388 LKK GGH P

   vs.

TOM L. CAREY, et al.,

      Defendants.          <u>ORDER</u>

                                 /

        On May 5, 2006, defendants filed a motion to compel on grounds that plaintiff failed to respond to discovery requests. Plaintiff did not timely respond to defendants' motion. Accordingly, on July 3, 2006, the court ordered plaintiff to show cause within ten days for his failure to respond. Ten days passed and plaintiff did not respond to the show cause order. Accordingly, on August 28, 2006, the court granted defendants' motion and ordered plaintiff to respond to the discovery requests within twenty days.

        On September 5, 2006, plaintiff filed a request for extension of time to comply with the August 28, 2006, order. Plaintiff now claims that he did not receive the discovery requests referred to in the motion to compel and requests that defendants be ordered to serve them on him.

/////

Plaintiff wasted court resources by failing to inform the court in either a response to the motion to compel or the show cause order that he had not received the discovery requests. Nevertheless, the court will order defendants to re-serve plaintiff with the discovery requests.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 5, 2006 request for an extension of time is granted; and

2. Within ten days of the date of this order, defendants shall re-serve plaintiff with the discovery requests referred to in the motion to compel;

2. Plaintiff is granted thirty-five days from the date of this order in which to serve defendants' counsel with responses to interrogatories and requests for productions of documents. No extensions of time will be granted. Failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: September 14, 2006

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb/wats0388.36(2)