IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,                       No. CIV S-04-0388 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On April 6, 2007, plaintiff filed a motion for appointment of counsel. This action is on appeal to the Ninth Circuit Court of Appeals following entry of judgment on March 26, 2007. Plaintiff's request for appointment of counsel should be made to the Ninth Circuit.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 6, 2007, motion for appointment of counsel is disregarded.

DATED: 4/30/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
wats0388.31thr