# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| NYLES LAWAYNE WATSON,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>TOM L. CAREY; et al.,<br><br>　　　Defendants - Appellees. | No. 07-15612<br>D.C. No. CV-04-00388-LKK/GGH<br><br><br><br>**ORDER** |

This appeal has been taken in good faith　　[ ]

This appeal is not taken in good faith　　[✓]

Explanation: _Multiple violations of court order; failure to prosecute._

_____

GREGORY L. HOLLOWS
Judge
United States District Court

Date: _April 27, 2007_